

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JASON LEE KILLIAN, | § | No. 08-15-00062-CR |
| Appellant, | § | Appeal from |
| v. | § | 355th District Court |
| THE STATE OF TEXAS, | § | of Hood County, Texas |
| Appellee. | § | (TC # CR12318) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the judgment of conviction should be reformed to delete the $1,000 fine. We therefore affirm the judgment of the trial court as reformed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF DECEMBER, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.